AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

Case 1:99-cr-05443-NEW   Document 59   Filed 01/31/06   Page 1 of 2

FILED
JAN 3 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**MICHAEL ANDREW GILL**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:99CR05443**

Eric Kersten, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[ ] admitted guilt to violation of charge(s) __ as alleged in the violation petition filed on __.
[✔] was found in violation of condition(s) of supervision as to charge(s) I, II, III after denial of guilt, as alleged in the violation petition filed on November 30, 2004.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| I | Willful Failure to make restitution as ordered by court | 8/2000 to 8/2004 |
| II | Failure to timely file financial reports | 7/2004 to 10/2004 |
| III | Failure to abide by probation officer's instructions | 7/2003 to 9/2004 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 12/03/1999.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 25, 2006
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States Magistrate Judge
Name & Title of Judicial Officer

Jan 31, 2006
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment      Case 1:99-cr-05443-NEW   Document 59   Filed 01/31/06   Page 2 of 2
CASE NUMBER:      1:99CR05443
DEFENDANT:        MICHAEL ANDREW GILL

Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 DAYS .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
    TENNESSEE Prison and to be SERVE ON WEEKENDS ONLY

[ ]  The defendant is remanded to the custody of the United States Marshal.

[✔]  The defendant shall surrender to the United States Marshal for this district.
    [✔] at 8:00PM on 2/24/06 and/or
    [✔] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal