| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Acting Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
|   | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
|   | Fresno, California 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant |
|   | MICHAEL ANDREW GILL |



FILED

FEB 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:99-cr-05443 |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION TO EXTEND |
| | ) | SELF-SURRENDER DATE; ELIMINATE |
| v. | ) | RECOMMENDATION FOR INTERMITTENT |
| | ) | CONFINEMENT; AND [PROPOSED] ORDER |
| MICHAEL ANDREW GILL, | ) | THEREON |
| | ) | |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

On January 25, 2006, defendant Michael Andrew Gill's probation was revoked and he was sentenced to a term of thirty (30) days in custody. The court ordered that Mr. Gill self-surrender no later than 8:00 p.m., on February 24, 2006, unless otherwise directed by the United States Marshall. Upon the request of Mr. Gill, the court further recommended that the term be served in a Tennessee facility, and that it be served on "on weekends only."

Upon further consideration, Mr. Gill believes it would be less complicated for himself, and also for the Bureau of Prisons and the United States Probation Office, if he were to serve the term over thirty consecutive days. For this reason he requests that the recommendation for intermittent confinement be withdrawn.

However, because Mr. Gill is a man of limited financial means he also requests that his self surrender date be extended by approximately one month, to March 25, 2006, at or before 2:00 p.m.. This requested extension will allow Mr. Gill to earn the money necessary for him to pay one months rent in advance. Thereby, it will allow him to maintain his residence during the term of his incarceration.

1   Defense counsel has discussed this matter with Assistant United States Attorney Stanley A. Boone.
2   Mr. Boone has no objection to this request.

3                                       Respectfully submitted,

4                                       DANIEL J. BRODERICK
                                        Acting Federal Defender
5

6
                                        /s/ Eric V. Kersten
7                                       ERIC V. KERSTEN
                                        Assistant Federal Defender
8                                       Attorney for Defendant
                                        MICHAEL ANDREW GILL
9

10                                      **ORDER**

11      IT IS HEREBY ORDERED that defendant Michael Andrew Gill's self-surrender date is extended
12  from February 24, 2006, to March 25, 2006, at or before 2:00 p.m..
13      IT IS FURTHER ORDERED that the prior recommendation that the term be served only on
14  weekends is withdrawn. It is now recommended that the entire 30 day term be served continuously at a
15  facility in the state of Tennessee.

16

17  DATED: Feb 21, 2006                 _____
                                        HON. LAWRENCE J. O'NEILL
18                                      United States Magistrate Judge
                                        Eastern District of California

Ex Parte Application to Extend Self-Surrender
Date; Eliminate recommendation for Intermittent
Confinement                                     2